*In re* LUIS GARCÍA PAGÁN.

*Número:* AB-94-133          *Resuelto:* 12 de enero de 1996

*Luis García Pagán, pro se.*

## RESOLUCIÓN

Mediante *Per Curiam* de 6 de diciembre de 1995, el Lcdo. Luis García Pagán fue suspendido temporalmente de la abogacía. *In re García Pagán I*, 139 D.P.R. 545 (1995).

A esa fecha estaba pendiente de trámite e investigación la queja promovida por el Sr. Héctor I. Ayala. Tomamos conocimiento de ésta y ordenamos que se una copia de esta resolución al expediente personal del abogado, para ser reactivada al momento de su *reinstalación.*

En vista a su comparecencia, *se le reinstala al ejercicio de la abogacía sujeto al fiel cumplimiento del trámite pendiente de la queja del señor Ayala.*

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Asociado señor Hernández Denton no intervino.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario General*